

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2020

No. 04-19-00883-CR

Gabrielle **DE ARROYO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

After this court's en banc order extended the due date for all pending briefs until June 30, 2020, Appellant's brief was due on June 30, 2020. After no brief was filed, on July 27, 2020, we ordered Appellant to file either a motion to dismiss or the brief by August 6, 2020.

Appellant timely filed a response and requested an extension of time to file the brief until August 21, 2020. Appellant indicated no further extensions of time would be needed.

Appellant's motion is GRANTED. Appellant's brief is due on August 21, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court